AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | No. 5:22CR50058-002 |
| Pedro Jose Mendez Garza<br>a/k/a "Ricky" a/k/a "Pedro Mendez"<br>a/k/a "Ricardo Garcia Plomaro"<br>*Defendant* | ) ) ) ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **Pedro Jose Mendez Garza**, who is accused of an offense or violation based on the following document filed with the court:

√ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

One count of conspiracy to distribute more than 500 grams of a mixture or substance that contained a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii)(II), and 21 U.S.C. § 846; two counts of aiding and abetting, knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2; and one count of laundering of monetary instruments and causing the laundering of monetary instruments – conspiracy in violation of Title 18 U.S.C. §§ 1956(a)(3)(B) and 1956(h).

Date: September 21, 2022

*Michelle McEntire*
Issuing officer's signature

City and state: Fort Smith, Arkansas

Jamie K. Giani, U.S. Clerk
Printed name and title

---

**Return**

This warrant was received on (date) 9/21/22, and the person was arrested on (date) 11/29/22
at (city and state) Dallas, Texas.

Date: 11/29/22

*Timothy J Greer*
Arresting officer's signature

Tim Greer / SDUSM
Printed name and title