## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | | | |
|---|---|---|---|
| CRIMINAL NO.: | 5:22-CR-50058-002 | USA v. PEDRO JOSE MENDEZ GARZA | |
| COURT PERSONNEL: | | APPEARANCES: | |
| Judge: | TIMOTHY L. BROOKS | Govt.: | BRANDON CARTER |
| Clerk: | SHERI CRAIG | Deft.: | JOHN BAUREIS |
| Reporter: | PAULA BARDEN | Interpreter: | DEBBIE ANDRADE *(stand by)* |

### SENTENCING MINUTE SHEET

On this date the above named Defendant appeared in person and with counsel for sentencing.

- (X) Inquiry made whether Defendant is under the influence of any substance that would impair the ability to comprehend the proceedings.

- (X) Inquiry made that Defendant is satisfied with counsel.

- (X) Court determined that Defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Argument by Counsel regarding objections.

- (X) Court rules on objections from the Bench.

- (X) Presentence investigation report reviewed in open court.

- (X) Court expresses final approval of plea agreement.

- (X) Attorney for Government afforded opportunity to make statement to Court.

- (X) Counsel for Defendant afforded opportunity to speak on behalf of Defendant.

- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

CRIMINAL NO.:     5:22-CR-50058-002

(X)  Court proceeded to impose sentence as follows:

   60 months imprisonment; 4 years supervised release; $400.00 fine imposed - interest waived.

(X)  Defendant ordered to comply with standard conditions of supervised release.

(X)  Defendant ordered to pay a total special assessment of $100.00, which shall be due immediately.

(X)  Counts 2, 3, and 4 dismissed on motion by the Government.

(X)  Defendant advised of appeal rights.

(X)  Defendant remanded to custody of USMS.

DATE:  September 7, 2023                         Proceeding began: 1:40 pm

                                                                    ended: 3:05 pm